UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
********************************
Everett R. Austin, II,               )
  and                                )
Nancy Austin,                        )
                                     )
          Plaintiffs,                )
                                     )
v.                                   )  Civ. No. 09-cv-22 JM
                                     )
Maryland Casualty Company,           )
                                     )
          Defendant.                 )
                                     )
********************************
```

## ORDER ON

## ASSENTED PETITION FOR APPROVAL OF SETTLEMENT, DISPOSITION OF THE WORKERS' COMPENSATION LIEN, AND ORDER ON WORKERS' COMPENSATION CARRIER'S CONTRIBUTIONS PER "KNAPP" DECISION and RSA 281-A:13

It is hereby ordered that the Petition for Approval of Settlement is granted. Defendant is authorized to disburse the remaining settlement amount of $610,000 to counsel for the plaintiff, Everett Austin. Counsel for the plaintiff is authorized and required to pay American International Recovery $82,603.76 out of the settlement proceeds to satisfy the remaining net workers compensation lien.

So ORDERED this 31st day of _December_ , 2009,

_James R Muirhead_
Hon. James R. Muirhead, Presiding Judge